**Stewart B. ALLEN, Plaintiff— Appellant,**

v.

**Tedesia EDWARDS; Deborah Falduti; Robert Murphy, Service Manager of Darcars; Charlie Parker; Darcars Toyota, Defendants—Appellees.**

No. 03–2047.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 3, 2003.

Stewart B. Allen, Appellant pro se. John Paul Lynch, Gina Jun, McNamee, Hosea, Jernigan, Kim, Greenan & Walker, P.A., Greenbelt, Maryland, for Appellees.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Stewart B. Allen appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Allen v. Edwards, No. CA–02–2921–DKC (D.Md.

filed Aug. 18, 2003; entered Aug. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*